UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

WYETH

        Plaintiff(s),         Case No. 09-11726-LPZ-MKM

v.         Judge Lawrence P. Zatkoff

SUN PHARMACEUTICAL INDUSTRIES LTD and     Magistrate Judge
CARACO PHARMACEUTICAL LABORATORIES

        Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, SUN PHARMACEUTICAL INDUSTRIES LTD.

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes ☐      No ☑

    If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

    Parent Corporation/Affiliate Name: Sun Pharmaceutical Industries Ltd. is a majority shareholder in
    Relationship with Named Party: Caraco Pharmaceutical Laboratories Ltd.

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes ☐      No ☑

    If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

    Parent Corporation/Affiliate Name:
    Nature of Financial Interest:

Date: February 18, 2010          s/ Mark R. Fox

         P-39902
         Fraser Trebilcock Davis & Dunlap, P.C.
         124 W. Allegan
         Suite 1000
         Lansing, MI 48933
         (517) 482-5800
         mfox@fraserlawfirm.com