UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

WYETH

        Plaintiff(s),        Case No. 09-11726-LPZ-MKM

v.        Judge Lawrence P. Zatkoff

SUN PHARMACEUTICAL INDUSTRIES LTD and    Magistrate Judge
CARACO PHARMACEUTICAL LABORATORIES

        Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, CARACO PHARMACEUTICAL LABORATORIES LTD.

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes [X]    No [ ]

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name: Sun Pharmaceutical Industries Ltd. (publicly traded on Indian stock exchanges)
   Relationship with Named Party: Sun Pharmaceutical Industries Ltd. is a majority shareholder in Caraco Pharmaceutical Laboratories Ltd.

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes [ ]    No [X]

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date: February 18, 2010        s/ Mark R. Fox

        P-39902
        Fraser Trebilcock Davis & Dunlap, P.C.
        124 W. Allegan
        Suite 1000
        Lansing, MI 48933
        (517) 482-5800
        mfox@fraserlawfirm.com