UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WYETH,

    Plaintiff,

v.

    Case No. 09-11726
    Hon. Lawrence P. Zatkoff

SUN PHARMACEUTICAL INDUSTRIES,
LIMITED and CARACO PHARMACEUTICAL
LABORATORIES, LIMITED,

    Defendants.
_____/

## JUDGMENT

IT IS ORDERED AND ADJUDGED that pursuant to this Court's opinion and order dated March 2, 2010, Plaintiff's action is DISMISSED WITHOUT PREJUDICE.

Dated at Port Huron, Michigan, this 2nd day of March, 2010.

                DAVID J. WEAVER
                CLERK OF THE COURT

        BY:    Marie E. Verlinde

APPROVED:

s/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE