# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

WYETH

    Plaintiff,

v.

SUN PHARMACEUTICAL INDUSTRIES LTD. and CARACO PHARMACEUTICAL LABORATORIES LTD.,

    Defendants.

Case No. 09-11726-LPZ-MKM

Hon. Lawrence P. Zatkoff

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Wyeth appeals to the Untied States Court of Appeals for the Sixth Circuit from an order granting defendants' motion to dismiss [dkt 19] and the final judgment [dkt 20] entered in this action on March 2, 2010.

**KERR, RUSSELL AND WEBER, PLC**

s/ James E. DeLine
James E. DeLine (P45205)
Attorneys for Plaintiff Wyeth
500 Woodward Avenue, Suite 2500
Detroit, Michigan 48226
Tel: (313) 961-0200
Fax: (313) 963-7099
jed@krwlaw.com

*Of Counsel:*

**WILMER CUTLER PICKERING HALE and DORR LLP**
399 Park Ave.
New York, New York 10022
Tel: (212) 230-8800
Fax: (212) 230-8888

Dated: March 31, 2010

# CERTIFICATE OF SERVICE

      I hereby certify that on March 31, 2010, I electronically filed the foregoing *Notice of Appeal* with the Clerk of the Court using the ECF system, which will send notification of such filing to all ECF participants.

      Respectfully submitted,

**KERR, RUSSELL AND WEBER, PLC**

s/ James E. DeLine
James E. DeLine (P45205)
Attorneys for Plaintiff Wyeth
500 Woodward Avenue, Suite 2500
Detroit, Michigan 48226
Tel: (313) 961-0200
Fax: (313) 963-7099
jed@krwlaw.com

*Of Counsel:*

**WILMER CUTLER PICKERING HALE and DORR LLP**
399 Park Ave.
New York, New York 10022
Tel: (212) 230-8800
Fax: (212) 230-8888

Dated: March 31, 2010