UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Wyeth,

        Plaintiff(s),

v.                          Case No. 2:09–cv–11726–LPZ–MKM
                             Hon. Lawrence P Zatkoff

Sun Pharmaceutical Industries,
Limited, et al.,

        Defendant(s).

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

> United States Court of Appeals for the Sixth Circuit
> Potter Stewart U.S. Courthouse
> 100 East Fifth Street, Fifth Floor
> Cincinnati, OH   45202–3988

and all interested parties, by electronic means or first class U.S. mail, on March 31, 2010.

                                        DAVID J. WEAVER, CLERK OF COURT

                                        By: s/ B. Socia
                                               Deputy Clerk

Dated:   March 31, 2010